## MOORE *vs.* THE STATE OF GEORGIA.

The identity of the accused with the person committing a crime is a question of fact for the jury; there was sufficient evidence to support the verdict, and the presiding judge being satisfied, this court will not interfere. *Johnson vs. The State* (present term.) Judgment affirmed.

April 25, 1884.

JACKSON, Chief Justice.

---

## LILLY, agent, *vs.* WILLIS.

1. Where the affidavit to foreclose a mortgage was written on the back thereof, it was annexed thereto within the meaning of the law.

2. Where the holder of a chattel mortgage endorses upon the back thereof an affidavit that she is the owner and holder of the within mortgage; that the mortgagor is indebted to her in a specified sum (stating the exact amount which the mortgage was made to secure), and that she makes the affidavit in order that the same may be foreclosed on the personal property therein described, such affidavit is in substantial compliance with the law, and is sufficient. Code, §§3971, 3975, 3979 (a); 35 *Ga.*, 271; *Id.*, 472, 473. Judgment reversed.

March 4, 1884.

HALL, Justice.